**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**MIDCONTINENT EXPRESS PIPELINE, LLC**                                                              **PLAINTIFF**

**VERSUS**                                                              **CIVIL ACTION NO. 3:08CV316**

**1.2 ACRES IN HINDS COUNTY, MISSISSIPPI, DON CANNADA, AS TRUSTEE OF THE PEGGY B. CANNADA FAMILY TRUST, AND UNKNOWN PERSONS HAVING INTEREST IN SAID PROPERTY**                                                              **DEFENDANTS**

## ORDER OF VOLUNTARY DISMISSAL

COMES NOW the Plaintiff, Midcontinent Expres's Pipeline, LLC and moves for the case to be dismissed without prejudice since the parties have reached an agreement on this matter; and the Court having found that the motion is well taken and should be sustained, it is hereby

ORDERED AND ADJUDGED that this matter be and the same is hereby dismissed without prejudice.

**SO ORDERED AND ADJUDGED** this the 27th day of May, 2008.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE